Orville RATLEY, Appellant, v. STATE, Appellee.

No. 21697.

Court of Criminal Appeals of Texas.

June 25, 1941.

Taylor, Irwin & Irwin, of Dallas, for appellant.

Spurgeon E. Bell, State's Atty., of Austin, for the State.

DAVIDSON, Judge.

The offense is burglary. The punishment assessed is confinement in the state penitentiary for a period of five years.

Appellant has filed his affidavit stating that he no longer desires to prosecute and desires to withdraw his appeal.

The motion is granted and the appeal dismissed.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the Judges of the Court of Criminal Appeals and approved by the Court.

Joe Dickson, of San Antonio, for appellants.

Spurgeon E. Bell, State's Atty., of Austin, for the State.

GRAVES, Judge.

Relators were charged in separate complaints with the offense of an unlawful assembly in the town of Jourdanton in that they "did then and there meet with three or more persons, said persons being to the complainant unknown, with the intent then and there to aid said persons, and with the aid of said persons illegally deprive the citizens then and there being upon the public streets and business houses in the city of Jourdanton of a right, to-wit: the right to pursue their labors and occupation of securing their merchandise and transporting them to and from the business houses of said city, and by means of congregating themselves upon the side walks of said city, and their vehicles within the streets of said city in such manner as to prevent the free and ordinary movement of traffic in said city, and did then and there interfere with the employment of such persons in the manner aforesaid—the

Ex parte BRACHEY et al.

No. 21722.

Court of Criminal Appeals of Texas.

June 27, 1941.